**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re: ANTONIO TAVARIS BROWN, Case No: 24-14931-PDR
Debtor. / Subchapter V

**SECURED JUDGMENT LIEN CREDITOR'S OBJECTION TO DEBTOR'S CLAIMED EXEMPTIONS**

Secured Judgment Lien Creditor Anton Tumanov ("TUMANOV") objects to Debtor's claimed exemptions and states:

1. Debtor filed his schedules on June 6, 2024 [ECF#26];

2. This objection to Debtor's claimed exemptions is timely filed;

3. Within his schedules, Debtor filed his *Schedule C* [ECF#26, Page 10 of 38], claiming the following exemptions:

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own** Copy the value from *Schedule A/B* | **Amount of the exemption you claim** *Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| **3600 Estate Oak Circle Fort Lauderdale, FL 33312 Broward County OWNED BY AB BROWN FAMILY LLLP** Line from *Schedule A/B*: **1.1** | **$0.00** | 100% of fair market value, up to any applicable statutory limit | **Fla. Const. Art. X, § 4(a)(1); Fla Stat Ann Secs. 222.01 & 222.02** |
| **Trophies, helmets and miscellaneous football memorabilia** [sic]**.** Line from *Schedule A/B*: **8.1** | **Unknown** | **$0.00** | **Fla. Const. Art. X, § 4(a)(2)** |
| **Everyday clothes** Line from *Schedule A/B*: **11.1** | **Unknown** | **$0.00** | **Fla. Const. Art. X, § 4(a)(2)** |
| **Nike shoes** Line from *Schedule A/B*: **14.1** | **$15,000.00** | **$1,000.00** | **Fla. Const. Art. X, § 4(a)(2)** |

4. TUMANOV objects to Debtor's claimed homestead exemption on the following grounds:

a. The property ("the Property") regarding which Debtor claims Florida's constitutional homestead exemption against forced sale by a creditor ("the Claimed Exemption") is located within a municipality, to wit: the City of Hollywood, Florida. The Property consists of a 17,194 square foot single-family home situated on a 31,995 square foot parcel of land. Inasmuch as an acre of land is 43,560 square feet, the land of the Property is 73.45% of an acre, or just 675 square feet less than three-quarters of an acre. For properties located within a municipality, the Claimed Exemption provides protection only "to the extent of one-half acre of contiguous land." Thus, the Property exceeds, by almost 50%, the Claimed Exemption's one-half acre protection limit. Accordingly, based on the Claimed Exemption's size limitation alone, approximately 31.93% of the Property is not subject to its protection;

b. The Claimed Exemption provides protection only to "property owned by a natural person." According to Debtor's *Schedule A/B* [ECF#26, Page 3 of 38] and his *Schedule C*, the Property is "OWNED BY AB BROWN FAMILY LLLP." An LLLP is a limited liability limited partnership. An LLLP is a business entity. An LLLP is not an individual. Accordingly, to the extent that the Property is owned by the AB Brown Family, LLLP, none of the Property is subject to the Claimed Exemption's protection because it is not owned by an individual; and

c. As stated above, the Debtor's *Schedule A/B* and *Schedule C* state that the Property is owned by the AB Brown Family, LLLP. Accordingly, to the extent that the Debtor does not own the Property, he lacks standing to assert the

Claimed Exemption, so none of the Property is subject to the Claimed Exemption's protection;

5. TUMANOV objects to Debtor's claimed personal property exemption in "Trophies, helmets and miscellaneous football memorabilia" [sic] on the ground that the Debtor has utilized the entirety of the available $1,000 personal property exemption to exempt $1,000 of the value of personal property described as "Nike shoes;"

6. TUMANOV objects to Debtor's claimed personal property exemption in "Everyday clothes" on the ground that the Debtor has utilized the entirety of the available $1,000 personal property exemption to exempt $1,000 of the value of personal property described as "Nike shoes;" and

7. TUMANOV reserves the right to amend and/or supplement his objections to Debtor's claimed exemptions.

Submitted By:

/s/ James Schwitalla

James Schwitalla, Esquire
F.B.N. 911488
Attorney for Creditor
Park Place II
12954 S.W. 133 Court
Miami, Florida 33186
Office (305) 278-0811